```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 16595
   MARGARET ZUBEL
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4452

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/27/2008 and was confirmed 09/29/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  85.00%.

      The case was dismissed after confirmation 12/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------------
MB FINANCIAL               CURRENT MORTG        .00            .00              .00
MB FINANCIAL               MORTGAGE ARRE   45345.41        1435.93          1420.45
MB FINANCIAL               NOTICE ONLY    NOT FILED           .00              .00
WASHINGTON MUTUAL          CURRENT MORTG        .00            .00              .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED           .00              .00
PORTFOLIO RECOVERY         UNSECURED        5860.71           .00              .00
CHASE                      UNSECURED      NOT FILED           .00              .00
CHASE                      SPECIAL CLASS  NOT FILED           .00              .00
CHASE BANK                 NOTICE ONLY    NOT FILED           .00              .00
CHASE BANK                 UNSECURED        802.94            .00              .00
LVNV FUNDING               UNSECURED       3606.48            .00              .00
MBNA AMERICA               SPECIAL CLASS  NOT FILED           .00              .00
MBNA AMERICA               NOTICE ONLY    NOT FILED           .00              .00
MBNA AMERICA               NOTICE ONLY    NOT FILED           .00              .00
MBNA BANK                  NOTICE ONLY    NOT FILED           .00              .00
MIDLAND CREDIT MANAGEMEN   UNSECURED      NOT FILED           .00              .00
AT&T WIRELESS              UNSECURED        172.82            .00              .00
JERRY ZUBEL                NOTICE ONLY    NOT FILED           .00              .00
JERRY ZUBEL                NOTICE ONLY    NOT FILED           .00              .00
JERRY ZUBEL                NOTICE ONLY    NOT FILED           .00              .00
JERRY ZUBEL                NOTICE ONLY    NOT FILED           .00              .00
ROUNDUP FUNDING LLC        UNSECURED       1025.05            .00              .00
STUART B HANDELMAN         DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                          221.62
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,078.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16595 MARGARET ZUBEL
```

```
PRIORITY                                                                    .00
SECURED                                                                1,420.45
    INTEREST                                                           1,435.93
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                     221.62
DEBTOR REFUND                                                               .00
                                         ---------------     ---------------
TOTALS                                          3,078.00            3,078.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 08 B 16595 MARGARET ZUBEL